UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KRISTINE SHIER,<br><br>         Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 17-CV-226-JPS<br><br><br><br><br>ORDER |

On February 23, 2017, the Court ordered Plaintiff to pay the full filing fee for this action by March 9, 2017, and warned that failure to do so would result in dismissal of this matter. (Docket #4). As of today's date, the Court has not received the fee nor any other communication from Plaintiff. It must, therefore, dismiss this case without prejudice.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 13th day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge